IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>Plaintiff §<br>§<br>vs. §<br>§<br>John Hubert Getsinger, Jr. §<br>§<br>§<br>and §<br>§<br>Stacie Ann Hargis-Getsinger §<br>Defendants. §<br>§ | CASE NO. 1:21-mj-00466-RMM<br><br>EDWARDS NOTICE |

The Defendants, **John Hubert Getsinger, Jr. and Stacie Ann Hargis-Getsinger**, hereby asserts their Fifth Amendment right to remain silent and asserts their Sixth Amendment right to counsel. The Defendants does not wish to be questioned in the absence of counsel pursuant to McNeil v. Wisconsin, 111 S. Ct. 220 (1991) and Edwards v. Arizona, 451 U.S. 477 (1981).

                Respectfully submitted,

                S/Charles A. George
                Charles A. George. Esq.
                DC Bar # 1510644
                charles@george-law.com
                George Law Firm, LLC – Criminal Law Group
                P.O. Box 354
                Mount Pleasant, SC 29465-0354
                Telephone: 404-441-3100
                Facsimile:  843-388-4430

Charleston, South Carolina
Wednesday, August 4, 2021

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing was delivered to the involved parties, by the CM/ECF system.

/s/ Charles A. George  
**Charles A. George**
