IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff<br><br>vs.<br><br>John Hubert Getsinger, Jr.<br><br><br><br>and<br><br>Stacie Ann Hargis-Getsinger<br>　　Defendants. | §<br>§<br>§<br>§ 　　CASE NO. 1:21-mj-00466-RMM<br>§<br>§<br>§ 　　UNOPPOSED MOTION FOR<br>§ 　　CONTINUANCE OF STATUS HEARING<br>§ 　　IN THIS MATTER SCHEDULED FOR<br>§ 　　OCTOBER 4, 2021<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

The Defendants respectfully move this Court to grant a continuance of the scheduled Status Hearing scheduled for October 4, 2021. The Defense respectfully request a continuance of at least thirty (30) days for the next scheduled Status Hearing. The Defense has conferred with Assistant United States Attorney Anthony Franks, Esq. and he does not object to this request for a continuance.

WHEREFORE, the Defendants respectfully request an order authorizing the continuance described above.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Charles A. George
　　　　　　　　　　　　　　　　　　　　　Charles A. George, Esq.
　　　　　　　　　　　　　　　　　　　　　DC Bar #1510644
　　　　　　　　　　　　　　　　　　　　　charles@george-law.com
　　　　　　　　　　　　　　　　　　　　　George Law Firm, LLC – Criminal Law Group
　　　　　　　　　　　　　　　　　　　　　P.O. Box 354
　　　　　　　　　　　　　　　　　　　　　Mount Pleasant, SC 29465-0354
　　　　　　　　　　　　　　　　　　　　　Telephone: 404-441-3100
　　　　　　　　　　　　　　　　　　　　　Facsimile:  843-388-4430

Los Angeles, California
September 30, 2021